**No. 11-7527. Guadalupe Olmos-Olvera, Petitioner v. United States.**

565 U.S. 1134, 132 S. Ct. 1057, 181 L. Ed. 2d 775, 2012 U.S. LEXIS 52.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 163.